1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   PAUL V. STEARNS
3  Assistant U.S. Attorney
   Arizona Bar No. 029528
4  123 N. San Francisco St., Suite 410
   Flagstaff, Arizona 86001
5  Telephone: (928) 556-5005
   paul.stearns@usdoj.gov
6  *Attorneys for the Plaintiff*

☒ FILED  ☐ LODGED

**Sep 04 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Jerred Montijo and<br>Brandy Lynn Poole,<br><br>　　　　Defendants. | No. **CR-25-08170-PCT-CDB**<br><br>**REDACTED INFORMATION**<br><br>VIO:　18 U.S.C. § 2 and 21 U.S.C. § 844(a) (Unlawful Possession of a Controlled Substance – Class A Misdemeanor)<br>　　　Count 1<br><br>　　　18 U.S.C. §§ 2 and 1701 (Obstruction of Mails – Class B Misdemeanor)<br>　　　Count 2 |

THE UNITED STATES OF AMERICA CHARGES:

### COUNT 1

On or about August 26, 2025, in Mohave County, in the District of Arizona, the defendants, JERRED MONTIJO and BRANDY LYNN POOLE, did knowingly, intentionally, and unlawfully possess a controlled substance, that being methamphetamine, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 844(a).

### COUNT 2

On or about May 30, 2025, in Mohave County, in the District of Arizona, the defendants, JERRED MONTIJO and BRANDY LYNN POOLE, did knowingly and

willfully obstruct and retard the passage of United States Mail to postal customers in Kingman, Arizona, including to J.B., in violation of Title 18, United States Code, Sections 2 and 1701.

Date: Sept. 4, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

PAUL V. STEARNS
Assistant U.S. Attorney